IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-04300 SI |
| Plaintiff, | (Criminal No. 05-00638 SI) |
| v. | **JUDGMENT** |
| ROY ALBERT LEWIS, | |
| Defendant. / | |

Defendant Roy Albert Lewis's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is denied. Judgment in favor of the United States of America and against defendant is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 30, 2010

SUSAN ILLSTON
United States District Judge